**E-Filed 1/22/07**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JIAN LAN, | Case Number C 07-246 JF (PVT) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

On January 12, 2007, Plaintiff Jian Lan filed the instant "Complaint For Writ in the Nature of Mandamus & Declaratory Judgment." Plaintiff alleges that Defendants have failed to process her I-485 application in a timely manner, apparently as a result of delays in obtaining a completed background check clearance from the Federal Bureau of Investigation. Plaintiff alleges that, as a result, defendants have violated the Administrative Procedures Act, 5 U.S.C § 701 et. seq. Plaintiff requests that this Court enter an order compelling defendants to act upon her application.

Good cause appearing, IT IS HEREBY ORDERED as follows:

(1)  The Clerk of the Court shall serve a copy of the complaint and a copy of this
    Order upon counsel for Defendants, the Office of the United States Attorney. The

1     Clerk of the Court also shall serve a copy of this Order upon Plaintiff.

2     (2)     Defendants shall, within sixty (60) days after receiving service of the complaint, show cause in writing why the relief prayed for should not be granted.

4     (3)     Plaintiff may file a response to Defendants' filing within twenty (20) days after receipt of such filing.

6     (4)     Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the response or upon the expiration of time to file a response.

8     (5)     The order dated January 12, 2007, setting an Initial Case Management Conference and ADR deadlines, is hereby VACATED.

IT IS SO ORDERED.

DATED: 1/22/07

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-246 JF (PVT)
ORDER TO SHOW CAUSE
JFLC2

1  Copies of Order served on the following persons:

3  Counsel for Plaintiff :

4  Justin Fok     jfok@jclawoffice.com

5  Counsel for Defendants:

6  Office of the United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113

Case No. C 07-246 JF (PVT)
ORDER TO SHOW CAUSE
JFLC2