1

2                                                          **E-Filed 1/22/07**

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

                            SAN JOSE DIVISION

11

12

13   JIAN LAN,                              Case Number C 07-246 JF (PVT)

                    Plaintiff,              ORDER TO SHOW CAUSE

14

          v.

15

     MICHAEL CHERTOFF, et al.,

16

                    Defendants.

17

18

19        On January 12, 2007, Plaintiff Jian Lan filed the instant "Complaint For Writ in the

20   Nature of Mandamus & Declaratory Judgment."  Plaintiff alleges that Defendants have failed to

21   process her I-485 application in a timely manner, apparently as a result of delays in obtaining a

22   completed background check clearance from the Federal Bureau of Investigation.  Plaintiff

23   alleges that, as a result, defendants have violated the Administrative Procedures Act, 5 U.S.C §

24   701 et. seq.   Plaintiff requests that this Court enter an order compelling defendants to act upon

25   her application.

26        Good cause appearing, IT IS HEREBY ORDERED as follows:

27        (1)     The Clerk of the Court shall serve a copy of the complaint and a copy of this

28                Order upon counsel for Defendants, the Office of the United States Attorney.  The

1                Clerk of the Court also shall serve a copy of this Order upon Plaintiff.

2     (2)     Defendants shall, within sixty (60) days after receiving service of the complaint,

3              show cause in writing why the relief prayed for should not be granted.

4     (3)     Plaintiff may file a response to Defendants' filing within twenty (20) days after

5              receipt of such filing.

6     (4)     Unless otherwise ordered by the Court, the matter will be deemed submitted upon

7              the filing of the response or upon the expiration of time to file a response.

8     (5)     The order dated January 12, 2007, setting an Initial Case Management Conference

9              and ADR deadlines, is hereby VACATED.

10    IT IS SO ORDERED.

15   DATED:  1/22/07

17                         JEREMY FOGEL

                           United States District Judge

Case No. C 07-246 JF (PVT)
ORDER TO SHOW CAUSE
JFLC2

1   Copies of Order served on the following persons:

2

3   Counsel for Plaintiff :

4   Justin Fok      jfok@jclawoffice.com

5   Counsel for Defendants:

6   Office of the United States Attorney
    150 Almaden Blvd., Suite 900
7   San Jose, CA 95113

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-246 JF (PVT)
ORDER TO SHOW CAUSE
JFLC2