*efiled 4/2/07

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169

7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12  JIAN LAN,                          )
                                       )  No. C 07-0246 JF
13           Plaintiff,                )
                                       )
14       v.                            )  **STIPULATION TO EXTEND**
                                       )  **DEFENDANTS' RESPONSE TO THE**
15  MICHAEL CHERTOFF, Secretary of the )  **COURT'S ORDER TO SHOW CAUSE,**
    Department of Homeland Security;   )  **AND PLAINTIFF'S REPLY; and**
16  EMILIO T. GONZALEZ, Director of    )  [PROPOSED] **ORDER**
    United States Citizenship and Immigration )
17  Services;                          )
    ROBERT COWAN, Director of the National )
18  Benefits Center, United States Citizenship )
    and Immigration Services;          )
19  DAVID STILL, San Francisco District Director, )
    United States Citizenship and Immigration )
20  Services;                          )
    ROBERT S. MUELLER, III, Director of the )
21  Federal Bureau of Investigations,  )
                                       )
22           Defendants.               )
                                       )
23

24      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

25  of record, hereby stipulate, subject to the approval of the Court, to an extension of the due dates

26  the parties' responses to the Court's January 22, 2007 Order to Show Cause for the following

27  reasons:

28      1. The plaintiff filed her mandamus action on January 12, 2007.

Stip. to Extend Responses to OSC
C 07-0246 JF

2. The plaintiff served the United States Attorney's Office on January 23, 2007.

3. This Court issued an Order to Show Cause on January 22, 2007, directing Defendants to show cause within sixty days after receiving service of the complaint, and Plaintiff may file a response to defendants' filing within twenty days after receipt of the filing.

4. Plaintiff is scheduled for an interview with the United States Citizenship and Immigration Services on April 17, 2007.

5. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or respond to the order to show cause, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day for Defendants to file a response to the OSC:    May 4, 2007

Last day for Plaintiff to file a response:    May 25, 2007

Date: March 23, 2007                           Respectfully submitted,

                                               SCOTT N. SCHOOLS
                                               United States Attorney


                                               _____/s/_____
                                               ILA C. DEISS
                                               Assistant United States Attorney
                                               Attorneys for Defendants


Date: March 23, 2007                           _____/s/_____
                                               JUSTIN FOK
                                               Attorneys for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/30/07

_____
JEREMY FOGEL
United States District Judge

Stip. to Extend Responses to OSC
C 07-0246 JF