1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                    **E-filed 5/1/07**
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12  JIAN LAN,                          )
                                       )  No. C 07-0246 JF
13             Plaintiff,              )
                                       )
14       v.                            )  **SECOND STIPULATION TO EXTEND
                                       )  DEFENDANTS' RESPONSE TO THE
15  MICHAEL CHERTOFF, Secretary of the )  COURT'S ORDER TO SHOW CAUSE,
    Department of Homeland Security;   )  AND PLAINTIFF'S REPLY and
16  EMILIO T. GONZALEZ, Director of    )  [PROPOSED] ORDER**
    United States Citizenship and Immigration )
17  Services;                         )
    ROBERT COWAN, Director of the National )
18  Benefits Center, United States Citizenship )
    and Immigration Services;         )
19  DAVID STILL, San Francisco District Director, )
    United States Citizenship and Immigration )
20  Services;                         )
    ROBERT S. MUELLER, III, Director of the )
21  Federal Bureau of Investigations, )
                                       )
22             Defendants.            )
                                       )
23  _____)

24       Plaintiff, by and through her attorney of record, and defendants, by and through their attorneys

25  of record, hereby stipulate, subject to the approval of the Court, to a sixty-day extension of time

26  within which the Defendants must serve its response to the Court's Order to Show Cause because

27  the Plaintiff was interviewed by the United States Citizenship and Immigration Services

28  ("USCIS") on April 24, 2007, and USCIS requested an expedite of Plaintiff's name check with the

Second Stip. to Extend Defendants' Response to OSC
C 07-0246 JF

1  FBI on April 25, 2007.  The parties believe this matter can be resolved without further litigation.

2      Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's

3  scheduling order as follows:

4      Last day for Defendants to file a response to the OSC          July 6, 2007

5      Last day for Plaintiff to file a response          July 27, 2007

6
7  Date: April 26, 2007                              Respectfully submitted,

                                                     SCOTT N. SCHOOLS
8                                                    United States Attorney

9
                                                         /s/
10                                                   ILA C. DEISS
                                                     Assistant United States Attorney
11                                                   Attorneys for Defendants

12

13 Date: April 26, 2007                                   /s/
                                                     JUSTIN FOK
14                                                   Attorneys for Plaintiff

15

16                              **ORDER**

17      Pursuant to stipulation, IT IS SO ORDERED.

18

19 Date:   5/1/07

20                                                   JEREMY FOGEL
                                                     United States District Judge

21

22

23

24

25

26

27

28

Second Stip. to Extend Defendants' Response to OSC
C 07-0246 JF