**E-filed 5/23/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 JIAN LAN,                               )
                                           ) No. C 07-0246 JF
13              Plaintiff,                 )
                                           )
14        v.                               ) **STIPULATION TO DISMISS; AND**
                                           ) [~~PROPOSED~~] **ORDER**
15 MICHAEL CHERTOFF, Secretary of the      )
   Department of Homeland Security;        )
16 EMILIO T. GONZALEZ, Director of         )
   United States Citizenship and Immigration)
17 Services;                               )
   ROBERT COWAN, Director of the National  )
18 Benefits Center, United States Citizenship)
   and Immigration Services;               )
19 DAVID STILL, San Francisco District Director,)
   United States Citizenship and Immigration)
20 Services;                               )
   ROBERT S. MUELLER, III, Director of the )
21 Federal Bureau of Investigations,       )
                                           )
22              Defendants.                )
                                           )
23 _____ )

24    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneyS

25 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

26 of the approval of Plaintiff's adjustment of status application (Form I-485) on May 16, 2007.

27    The parties ask that the Court vacate its January 22, 2007 Order to Show Cause.

28    Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 07-0246 JF

| | | |
|---|---|---|
| 1 | Date: May 16, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: May 16, 2007 | _____/s/_____<br>JUSTIN FOK<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/23/07

_____
JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C 07-0246 JF